**Amended Petition for Writ of Mandamus Denied and Memorandum Opinion filed December 20, 2022.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-22-00833-CV

---

### IN RE D.S.W., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**247th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-88778**

---

## MEMORANDUM OPINION

On November 10, 2022, relator D.S.W. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Janice Berg, presiding judge of the 247th District Court of Harris County, to vacate her August 1, 2019 order granting a default judgment against relator or, alternatively, rule on relator's bill of review.

On November 22, 2022, we sent relator notice that his petition did not comply with the applicable Texas Rules of Appellate Procedure.  *See* Tex. R. App. P. 52.3(k)(1)(A), 52.7(a)(1); *see also* Tex. Civ. Prac. & Rem. Code § 132.001(e).  On December 2, 2022, relator filed an amended petition.

Relator has not cured all defects in his petition.  Specifically, relator has not provided a copy of the August 1, 2019 order granting a default judgment against relator.  *See* Tex. R. App. P. 52.3(k)(1)(A) (providing that appendix must contain certified or sworn copy of any order complained of, or any other document showing the document complained of).

Accordingly, we dismiss relator's amended petition for writ of mandamus and dismiss his motion to proceed in forma pauperis as moot.

PER CURIAM

Panel consists of Justices Wise, Spain, and Hassan.